IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:06cv399

| | |
|---|---|
| DORIS N. ANDERSON, ) ) Plaintiff, ) ) vs. ) ) DUKE ENERGY CORPORATION,) ) Defendant. ) ) | **JUDGMENT** |

For the reasons set forth in the Memorandum and Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant's motion for summary judgment as to all claims of the Plaintiff is **ALLOWED**, and this action is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Martin Reidinger
United States District Judge

Signed: October 13, 2008