IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:06cv399

DORIS N. ANDERSON,            )
                              )
        Plaintiff,            )
                              )
    vs.                       )   JUDGMENT OF COSTS
                              )
DUKE ENERGY CORPORATION,)
                              )
        Defendant.            )
_____)

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the sum of $2,336.33 in costs is awarded against the Plaintiff and in favor of the Defendant.

Signed: June 21, 2010

Martin Reidinger
United States District Judge